AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **16 938 M** |
| FRANK SAPPELL | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **FRANK SAPPELL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2)

Date:   10/20/2016

*Issuing officer's signature*

City and state:   Central Islip, New York

U.S. Magistrate Judge Arlene R. Lindsay
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/16, and the person was arrested on *(date)* 11/02/16
at *(city and state)*

Date: 11/02/16

*Arresting officer's signature*

Debra Gerbasi, Special Agent
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **Frank Sappell**

Known aliases: ___

Last known residence: **29 Maple Street, Greenvale, NY. 11548**

Prior addresses to which defendant/offender may still have ties: ___

Last known employment: ___

Last known telephone numbers: ___

Place of birth: **Bronx, NY.**

Date of birth: **6/4/53**

Social Security number: **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**

Height: **6'0**   Weight: **190**

Sex: **M**   Race: **W**

Hair: **BRN**   Eyes: **BRN**

Scars, tattoos, other distinguishing marks: **scar on stomach**

History of violence, weapons, drug use: ___

Known family, friends, and other associates (name, relation, address, phone number): ___

FBI number: **68L8MCJW8**

Complete description of auto: **2004 Acura TSX Silver  GAU3587**

Investigative agency and address: **Homeland Security Investigations.**

Name and telephone numbers (office and cell) of pretrial services or probation officer (if applicable): **Donna Mackey  631-712-6404**

Date of last contact with pretrial services or probation officer (if applicable): **11/2/16**